**HONORABLE FRANKLIN D. BURGESS**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR03-5659FDB |
| ) | |
| vs. ) | |
| ) | STIPULATED ORDER |
| FRANCISCO RINCONES AYALA, ) | TO CONTINUE SENTENCING |
| ) | |
| Defendant. ) | CLERK'S ACTION REQUIRED |

The Court has considered the motion filed by the parties concerning a continuance of the sentencing hearing and brief due date(s) in this case:

The Court finds that continuing the sentencing in this case is necessary in order to allow defense counsel adequate time to research, allow client to speak to the voice analysis expert, obtain letter(s) from prior employer(s), prepare briefing and effectively prepare for sentencing.

The Court further find  that the ends of justice are served by continuing the sentencing hearing in this case until September 16, 2005, affords Mr. Ayala effective assistance of counsel.

**The Law Office of**
**Wecker Hunko Bougher**

569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454

1  IT IS THEREFORE ORDERED that the sentencing hearing in this case shall be continued until September 16, 2005 at 9:00 am., and if the defense intends to pursue withdrawal of Mr. Rincones' plea, it shall provide the Court with its brief no later than July 28, 2005.  The government may file its response not later than August 11, 2005.

DONE this 24th day of May, 2005.

      /s/ Franklin D Burgess
FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/Roger A. Hunko
ROGER A. HUNKO
Attorney for defendant
569 Division Street, Suite E
Port Orchard, WA 98366
Phone: (360) 876-1001
Fax: (360) 895-1932
E-mail: hunko@msn.com


/s/ Telephonically approved by Douglas Hill
DOUGLAS JAMES HILL
Assistant United States Attorney
United States Attorney's Office
Seattle, WA 98101-3909
Phone: (253) 383-7901
Fax: (253) 383-7974
E-mail: dhill@co.pierce.wa.us

**The Law Office of
Wecker Hunko Bougher**

569 Division Street * Suite E
Port Orchard, Washington 98366
360/876-1001 * FAX 360/895-1932
1/888/485-6454