UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO RINCONES-AYALA,

Defendant.

Case No. CR03-5659FDB

ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF CJA COUNSEL FOR POST-CONVICTION REPRESENTATION

Pursuant to this Court's Order of October 17, 2006, the Federal Public Defender has responded and recommends that CJA counsel be appointed for Defendant as requested for post-conviction representation. The Court finds that Defendant is seeking to file a Section 2255 motion in good faith.

ACCORDINGLY, IT IS ORDERED: Defendant's Motion for Appointment of Counsel [Dkt. # 161] is GRANTED and the CJA Administrator shall appoint an attorney to represent Defendant as soon as practicable.

DATED this 30th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1