UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANCISCO RINCONES-AYALA,

    Defendant.

Case No. CR03-5659FDB

ORDER DIRECTING CJA ADMINISTRATOR TO APPOINT JESSE CANTOR AS DEFENSE COUNSEL

    The Court accepted the recommendation that counsel be appointed for Defendant for his section 2255 claim. In that recommendation, Tom Hillier noted that the appointment of Jesse Cantor would be appropriate under the circumstances as he was familiar with the issues. Therefore, the Court issued an order directing appointment of counsel. [Dkt. # 163] That Order did not specifically direct the appointment of Mr. Cantor and Suzanne Lee Elliott was appointed. The Court is advised that Mr. Cantor does wish to represent Defendant and that Ms. Elliott will withdraw.

    ACCORDINGLY, IT IS ORDERED: Attorney Suzanne Lee Elliott is authorized to withdraw as counsel for Defendant and the CJA Administrator is directed to appoint Attorney Jesse Cantor as counsel for Defendant.

    DATED this 8th day of November 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1